IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                              CRIMINAL NO. 1:06CR129-P-D

KENNETH BUSBY a/k/a "KB", "Boss",
"BossMan"; MELINDA BUSBY;
PATRICK BUSBY; JAMES CUMBERLAND
a/k/a "Snake"; DOUGLAS JACK HARDY a/k/a
"Red Bug"; LAQUITA LONG a/k/a "Swerve";
and JAMES ROY THOMPSON a/k/a "Rooster"

## ORDER

This cause is before the Court on defendant Patrick Busby's Motion to Delay Report Date [189]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be, and hereby is, DENIED.

IT IS, THEREFORE, ORDERED AND ADJUDGED that defendant Patrick Busby's Motion to Delay Report Date [189] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 28th day of March, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE